JOHN WHITBY *vs.* THE PUBLIC UTILITIES COMMISSION
ET ALS.

Third Judicial District, Bridgeport, April Term, 1922.
WHEELER, C. J., BEACH, GAGER, CURTIS and BURPEE, JS.

*Modeste* v. *Public Utilities Commission, ante,* p. 453, reaffirmed and
followed.

Argued April 12th—decided June 3d, 1922.

APPEAL by the plaintiff from an order of the Public
Utilities Commission denying the plaintiff a certificate
to operate a jitney from New Haven to Waterbury over
a specified route, and from New Haven to Madison over
a specified route, brought to the Superior Court in New
Haven County where, after a hearing before *Keeler,
J.,* the appeal was dismissed, from which the plaintiff
appealed. *No error.*

*George W. Crawford,* for the appellant (plaintiff).

*Seth W. Baldwin,* for the appellee (defendant Con-
necticut Company).

*S. Fred Wetzler,* with whom was *Samuel A. Persky,* for
the appellee (defendant Public Utilities Commission).

CURTIS, J. This appeal presents the same facts and
rulings that appear in the case of *Modeste* v. *Public
Utilities Commission, ante,* p. 453, and therefore falls
within the same rulings as to the law that are set forth
in the opinion in that case.

There is no error.

In this opinion the other judges concurred, except
GAGER, J., who concurred in the result, but died before
the opinion was written.